UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
JAY CONNOR, individually and on behalf of all others similarly situated,

                          *Plaintiff*,

-against-

DRIVESMART AUTO CARE INC.,

                          *Defendant.*
-----------------------------------------------------------------X

Case Number: 3:25-cv-12171

**STIPULATION**
and ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for plaintiff JAY CONNOR and defendant DRIVESMART AUTO CARE INC., to an extension of time for the defendant to respond to the Complaint in the current matter to September 12, 2025.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties herein that a facsimile or other electronic signature shall be deemed an original, and that this Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       August 28, 2025

_____
Nicholas A. Moschella, Jr., Esq.
278 Brick Blvd.
Brick Township, NJ 08723
Phone: (732) 451-2283
nam@moschellalaw.com

_____
Marc Jonas Block, Esq.
LAW OFFICES OF MARC JONAS BLOCK P.C.
*Attorneys for Defendant*
40 River Road, Suite 19H
New York, NY 10044
(646) 821-6886
mblock@mjblocklaw.com

                  IT IS SO ORDERED this 3rd
                  day of September 2025.

                  Hon. Justin T. Quinn, U.S.M.J.