# Law Offices of
# Peter Cipparulo, III, LLC

Peter Cipparulo, III, Esq.*
  *Certified by the Supreme Court of New Jersey
  as a Certified Civil Trial Attorney

349 Route 206, Suite K
Hillsborough, NJ 08844
Phone: (908) 275-8777
Fax: (973) 737-1617
Email:
petercipparulo@cipplaw.com

April 24, 2026

**Via Email**

Joseph T. Quinn, U.S.M.J.
District of New Jersey (Trenton)
Clarkson S. Fisher Federal Bldg. and U.S. Courthouse
402 East Main Street
Trenton, New Jersey 08608

Re:   O'Connor v. Drivesmart Auto Care v.
Digidev d/b/a Trisec Warranty ("Digidev")
Case No 3:25-cv-12171

Dear Judge Quinn:

In response to the Court's text order of April 20, 2026, the defendant Digidev can advise that today it has served responsive discovery including a recording to plaintiff's discovery. By way of background, Third-Party defendant Digidev entered its Answer on Jan 23, 2026. It served its discovery requests on plaintiff on February 27, 2026.

Third-Party defendant served its initial responses on February 18, 2026 solely to preserve its objections under Fed. R. Civ. P 33(b)(4). It should be noted that plaintiff filed this letter to the Court on April 2, 2026 even though it was out of time to responding to Digidev's discovery including Interrogatories and Request to Admit. It was not until

April 13, 2026 that plaintiff served discovery responses.  Under Fed. R. Civ. P 33(b)(4),

any objections to Interrogatories are waived and Request to Admit are admitted under

Fed. R. Civ. P 36(a)(3) if not responded to within thirty days.

However, it is respectfully submitted that the subject of plaintiff's April 2, 2026

letter is now moot as responsive discovery has been provided.  Thank you for your

consideration.

Respectfully submitted,

/s/ Peter Cipparulo, III
PETER CIPPARULO, III

Cc:  Anthony Paronich, Esq.
     Mark Block,Esq.