# Law Offices of
# Peter Cipparulo, III, LLC

Peter Cipparulo, III, Esq.*
 *Certified by the Supreme Court of New Jersey*
 *as a Certified Civil Trial Attorney*

349 Route 206, Suite K
Hillsborough, NJ 08844
Phone: (908) 275-8777
Fax: (973) 737-1617
Email:
petercipparulo@cipplaw.com

June 8, 2026

**Via Email**

Joseph T. Quinn, U.S.M.J.
District of New Jersey (Trenton)
Clarkson S. Fisher Federal Bldg. and U.S. Courthouse
402 East Main Street
Trenton, New Jersey 08608

     **Re:  O'Connor v. Drivesmart Auto Care v.**
     **Digidev d/b/a Trisec Warranty ("Digidev")**
     **Case No 3:25-cv-12171**

Dear Judge Quinn:

 In response to the Court's text order of June 4, 2026, the defendant Digidev can advise that it expects to have updated discovery responses by June 12, 2026.  Some of the information is in possession of an outsourced company which has been slow to respond despite my client efforts to impress upon them their responsibility under the Court's directives to respond.

 Finally, my client also wants to take the deposition of the plaintiff and it is suggested that all depositions occur on the same day for economic and efficiency reasons.

.  Thank you for your consideration.

Respectfully submitted,

/s/ Peter Cipparulo, III
PETER CIPPARULO, III

Cc:  Anthony Paronich, Esq.
     Mark Block,Esq.