**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| JAY CONNOR, *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>DRIVESMART AUTO CARE, INC. and DIGIDEV LLC d/b/a TRISEC WARRANTY,<br><br>*Defendants.* | Case No. 25-cv-12171-ZNQ-JTQ<br><br>STIPULATION AND [PROPOSED] ORDER |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for Plaintiff Jay Connor ("Plaintiff") and Defendant Drivesmart Auto Care Inc. ("Defendant Drivesmart"), to an extension of time for Plaintiff to respond to the discovery letter application of Defendant DriveSmart, dated August 17, 2026 [Dkt. 47] to August 28, 2026.

The parties agreed to the extension because Plaintiff's counsel needs additional time to respond in this matter due to a number of deadlines in other matters that Plaintiff's counsel is currently working on. Additionally, the parties are continuing to meet and confer regarding the issues raised in Defendant DriveSmart's letter to determine if the matter can be resolved without the need for court intervention.

*s/Max S. Morgan*
Max S. Morgan
THE WEITZ FIRM, LLC
1515 Market Street #1100
Philadelphia, PA 19102
(267) 587-6240
max.morgan@theweitzfirm.com

Marc Block
Marc Jonas Block, Esq.
LAW OFFICES OF MARC JONAS BLOCK P.C.
*Attorneys for Defendant Third-Party Plaintiff DriveSmart Auto Care Inc*
40 River Road, Suite 19H
New York, NY 10044

(646) 821-6886
mblock@mjblocklaw.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
Tel: (617) 485-0018
Fax: (508) 318-8100

Nicholas A. Moschella, Jr., Esq.
The Law Office of Nicholas A. Moschella, Jr.
278 Brick Blvd.
Brick Township, NJ 08723
Phone: (732) 451-2283
nam@moschellalaw.com

SO ORDERED:

Dated: ______________________

________________________________
HON. JUSTIN T. QUINN
United States Magistrate Judge