**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE**

| | |
|---|---|
| JAY CONNOR, *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>DRIVESMART AUTO CARE, INC. and DIGIDEV LLC d/b/a TRISEC WARRANTY,<br><br>*Defendants.* | Case No. 25-cv-12171-ZNQ-JTQ<br><br>STIPULATION AND ORDER |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for Plaintiff Jay Connor ("Plaintiff") and Defendant Drivesmart Auto Care Inc. ("Defendant Drivesmart"), to an extension of time for Plaintiff to respond to the discovery letter application of Defendant DriveSmart, dated August 17, 2026 [Dkt. 47] to September 2, 2026.

The parties previously stipulated and agreed to an extension of time making Plaintiff's response due on August 28, 2026. [Dkts. 49, 50]. The parties are in the process of meeting and conferring and believe that they have an agreement to resolve Defendant's discovery letter application. The parties agreed to the extension because they need additional time to finalize their agreement that will resolve the matter without the need for court intervention.

| | |
|---|---|
| *s/Max S. Morgan*<br>Max S. Morgan<br>THE WEITZ FIRM, LLC | *s/Marc Jonas Block (w/permission)*<br>Marc Jonas Block, Esq. |

1515 Market Street #1100
Philadelphia, PA 19102
(267) 587-6240
max.morgan@theweitzfirm.com

Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com
Tel: (617) 485-0018
Fax: (508) 318-8100

Nicholas A. Moschella, Jr., Esq.
The Law Office of Nicholas A. Moschella, Jr.
278 Brick Blvd.
Brick Township, NJ 08723
Phone: (732) 451-2283
nam@moschellalaw.com

LAW OFFICES OF MARC JONAS BLOCK P.C.
Attorneys for Defendant Third-Party Plaintiff
DriveSmart Auto Care Inc
40 River Road, Suite 19H
New York, NY 10044
(646) 821-6886
mblock@mjblocklaw.com

SO ORDERED:

Dated: 8/28/2026

HON. JUSTIN T. QUINN
United States Magistrate Judge