**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| JAY CONNOR, *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>DRIVESMART AUTO CARE, INC. and DIGIDEV LLC d/b/a TRISEC WARRANTY,<br><br>*Defendants.* | Case No. 25-cv-12171-ZNQ-JTQ<br><br>CLASS ACTION |

**[PROPOSED] AMENDED SCHEDULING ORDER**

**THIS MATTER** having come before the Court via Letter Motion [Dkt. 54]; and the Court having conferred with counsel; and good cause appearing for the entry of this Order:

**IT IS** on this ____ day of _________________, 2026

**ORDERED THAT** the Scheduling Order entered on April 10, 2026 [Dkt. 30] is amended as follows:

| Event | Amended Deadline |
|---|---|
| Fact Discovery Deadline | 1/19/2027 |
| Plaintiff's Expert Reports Due | 2/18/2027 |
| Defendant's Expert Reports Due | 3/22/2027 |
| Rebuttal Expert Reports Due | 4/29/2027 |
| Expert Depositions Completed By: | 6/1/2027 |
| Any dispositive motions, including motions for class certification shall be filed no later than: | 7/1/2027 |

Dated: ______________________

____________________________________
HON. JUSTIN T. QUINN
United States Magistrate Judge